IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CLAYTON STEWART                                                                    PLAINTIFF

v.                              No. 3:21-cv-75-DPM

VICTOR GARCIA, Individually
and in his Official Capacity as a
Police Officer in and for the City
of Jonesboro, Arkansas; RICK
ELLIOTT, Individually and in his
Official Capacity as Chief of Police
for the Jonesboro Police Department;
CITY OF JONESBORO, ARKANSAS;
and JOHN DOE 1–10                                                                DEFENDANTS

JUDGMENT

Stewart's federal and state law excessive force, unlawful arrest, and denial of medical care claims are dismissed with prejudice. His negligence claims under Arkansas law are dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 July 2023